

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 11, 2010**

_____

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HRM HOLDINGS, LLC | § | CASE NO.  07-34692-SGJ-7 |
| Debtor(s) | § | |

_____

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO.09-03184 |
| | § | |
| HOSPITAL RESOURCES MANAGEMENT | § | |
| LLC; HRM ANESTHESIA HOLDINGS LLC; | § | |
| FLORIDA HRM LLC; TEXAS HRM LLC; | § | |
| and HRM EMERGENCY HOLDINGS LLC | § | |
| Defendants(s) | § | |

_____

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
## SECOND AMENDED ORIGINAL COMPLAINT

This Court's Memorandum of Opinion entered on December 23, 2009, gave SCOTT M.

SEIDEL, TRUSTEE ("Trustee"), the opportunity to file a third amended complaint by no later

than January 4, 2010 or face dismissal of this adversary proceeding.   Trustee has not filed a third

amended complaint by the set deadline.  It is therefore

       ORDERED, ADJUDGED AND DECREED that this adversary proceeding is dismissed

with prejudice.

***** END OF ORDER *****

Behrooz P. Vida, SBOT No. 20578040
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
TEL:  (817) 358-9977
FAX: (817) 358-9988
filings@vidalawfirm.com
ATTORNEYS FOR DEFENDANTS


Simon Hughes, SBOT No. 10230295
THE HUGHES LAW FIRM
13280 Northwest Freeway
No. F-400
Houston, TX, 77040
simon@hugheslegal.com
TEL: (713) 621-4500
FAX: (866) 397-9747
ATTORNEY FOR DEFENDANTS